UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                            CASE NO. 3:19-cv-564-J-34PDB

$3,749,960.40 seized from TD Ameritrade Account
Account No. 942304361, et al.

    Defendants.
_____

## ORDER DIRECTING CLERK TO ISSUE WARRANT OF ARREST IN REM

The United States has filed an amended motion asking the Court to direct the Clerk of Court to issue a warrant of arrest in rem for the following:

    a.    $3,749,960.40 seized from TD Ameritrade Account No. 942304361, Account Holder: Estate of Raymond L. Hutchins;

    b.    $101,471.95 seized from Regions Bank Account Number: 103717402, held in the name of Account Holder: R. L. Hutchins, Jr., and C. S. H.;

    c.    $155,194.79 seized from LPL Financial LLC Account Number: 3377-2394, Account Holder: R. L. Hutchins Jr. TTEE, R. L. Hutchins Jr Rev Living Trust DTD 12/17/2016;

    d.    $255,287.02 seized from UBS AG Account Number: UH-36477, Account Holder: M.H.;

  e.  $595,000.00 seized from Nelson Mullins Riley & Scarborough, representing funds received from: R. L. Hutchins, Jr., for the benefit of the Estate of R. L Hutchins, and not fees for legal representation;

  f.  $171,756.76 seized from Sandy Spring Bank Account Number: 1678839001, Owner: Estate of Raymond L. Hutchins;

  g.  $119,961.65 seized from SunTrust Bank Account Number: 1000245515605, Owner: EBW Holdings LLC;

  h.  $210,381.25 seized from SunTrust Bank Account Number: 1000245515613; Owner: EBW Holdings LLC;

  i.  a 2013 Mercedes E-350
    VIN Number: WDDHF2EBXDA741866
    Owner: Estate of Raymond L. Hutchins and Estate of Laura Hutchins;

  j.  $42,000.00 seized from Sandy Spring Bank Account Number: 1678833001, Owner: Estate of Raymond L. Hutchins and Hutchins Investments, Inc., representing sale proceeds of a 2015 Ford F-250; and

  k.  a 2016 Toyota Land Cruiser
    VIN Number: JTMCY7AJ8G4043834
    Owners: R. L. Hutchins, Jr. and C.S.H.

(defendant funds and vehicles), that are in the United States' custody. Doc. 5. Supplemental Rule G(3)(b)(i) states that "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control." That rule conflicts with Local Admiralty Rule 7.03(b)(1), which requires the Court to find probable cause for an action in rem before directing the Clerk of

Court to issue a warrant of arrest. Although Rule G(3)(b)(i) may relieve the Court of the need to make a probable cause finding prior to issuance of the warrant because the defendant funds and vehicles are in the United States' custody, the Court has nevertheless reviewed the amended verified complaint for forfeiture in rem, Doc. 4, and finds that probable cause for an action in rem exists. Under Rule G(3)(b)(i) and Local Admiralty Rule 7.03(b)(1), the Court **grants** the United States' amended motion for issuance of a warrant of arrest in rem, Doc. 5, and **directs** the Clerk of Court to issue a warrant of arrest in rem for the defendant funds and vehicles and deliver three certified copies of each of the same to the United States Attorney, who will make arrangements for service of process.

      **Ordered** in Jacksonville, Florida, on June 4, 2019.

                                    PATRICIA D. BARKSDALE
                                    *United States Magistrate Judge*

c:  Bonnie Glober, Esquire